**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carl W. COBBS, Defendant–Appellant.**

No. 03–6732.

United States Court of Appeals,
Fourth Circuit.

Submitted July 10, 2003.

Decided July 17, 2003.

Carl W. Cobbs, Appellant Pro Se. Stephen Wiley Miller, S. David Schiller, Shannon Leigh Taylor, Office Of The United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Carl W. Cobbs seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2000) motion. An appeal may not be taken from the final order in a motion under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude Cobbs has not made the requisite showing. *See Miller El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*